FILED
CLERK, U.S. DISTRICT COURT

01/27/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) <br> v. <br> Jacob Lewis <br><br> DEFENDANT(S). | 1:21-mj-00155    5:21-mj-00030 <br><br> **DECLARATION RE <br> OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: complaint
in the _____ District of Columbia on 01/22/21
at 5:19 ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about 01/06/2021
in violation of Title 18 U.S.C., Section(s) 18 USC 1752(a)(1), (2), Knowingly Entering or Remaining
to wit: 40 USC 5104(e)(2)(D)&(G)  in any Restricted Building or Grounds Without Lawful Authority
Violent Entry and Disorderly Conduct on Capitol Grounds
A warrant for defendant's arrest was issued by: Judge Zia. M. Faruqui

Bond of $ ~~10,000~~ 100,000 was ☐ set / ☒ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1/27/21
                Date

_Scott Winrow_ (signature)
Signature of Agent

Scott Winrow
Print Name of Agent

FBI
Agency

Special Agent
Title

---

CR-52 (03/20)                     DECLARATION RE OUT-OF-DISTRICT WARRANT